IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                        Criminal Action No.
                                                            23-00203-01-CR-W-HFS

DALE D. MITCHELL, JR.,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:      Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Ashleigh Ragner
                Case Agent:    Kansas City, Missouri Police Department Detective Jeremy Gragg
        Defense:      Bob Kuchar; Investigator Mark Wolpink will assist

**OUTSTANDING MOTIONS**:
- Motion for Bench Trial (Doc. 58), *response due 7/25/24*
- Motion for Reconsideration on Motion to Dismiss (Doc. 61), *response due* 7/30/24
- Motion to Continue Trial Setting (Doc. 62)
- Second Motion to Withdraw as Attorney (Doc. 63)
- *Pro Se* Motion for Substitute Counsel (Doc. 68)

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:   6 with stipulations; 7 without stipulations
        Defense:   No additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
        Government: 50 exhibits
        Defense:   No additional exhibits

**DEFENSES**:
        ( x )   defense of general denial
        (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:

( ) Definitely for trial           ( x ) Likely for trial
( ) Motion to continue to be filed  ( ) Likely a plea will be worked out

**TRIAL TIME**:
    Government:  1 day for bench trial; 2 days for jury trial
    Defense:  No additional time beyond that estimated by Government

**STIPULATIONS**:
    ( )  not likely
    ( )  not appropriate
    ( x )  likely as to:
        ( )  chain of custody
        ( )  chemist's reports
        ( x )  prior felony conviction
        ( )  interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:  Motion for Reconsideration (Doc. 61), based on recent decision in *United States v. Rahimi*, 602 U.S. --, 144 S. Ct. 1889 (2024).

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: July 29, 2024
Defense: July 29, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:  July 29, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**:  July 29, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing August 12, 2024
    **Please note**:  No conflicts identified.

**OTHER**:
    ( )  A _____-speaking interpreter is required.
    ( )  Other assistive devices: _____

    **IT IS SO ORDERED.**

                                               */s/ Jill A. Morris*
                                               JILL A. MORRIS
                                               United States Magistrate Judge